# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

IN THE MATTER OF THE COMPLAINT OF PACIFIC 1 LLC, AS OWNER AND/OR OPERATOR OF THE VESSEL PACIFIC 1, OFFICIAL NUMBER 293369, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY

IN ADMIRALTY

CASE NO. C19-1271-RSM

ORDER GRANTING LIMITATION PLAINTIFF'S *EX PARTE* MOTION TO HOLD ACTION IN ABEYANCE

This matter comes before the Court on the *ex parte* Motion of Limitation Plaintiff Pacific 1 LLC ("Limitation Plaintiff") to Hold Action in Abeyance. Dkt. #4.

This action arises from the sinking of the F/V Pacific 1 on February 15, 2019. Dkt. #1. On August 13, 2019, Limitation Plaintiff filed a complaint for exoneration from or limitation of liability. *Id.* Upon a vessel owner's proper filing of a complaint, the Supplemental Admiralty Rules require the court to (1) issue a stay of all claims and proceedings against the vessel owner with respect to the incident in question; and (2) issue a notice to all persons asserting claims with respect to which the complaint seeks limitation. Fed. R. Civ. Supp. Rule F(3)-(4). Claimants have not entered an appearance at this time.

ORDER GRANTING LIMITATION
PLAINTIFF'S EX PARTE MOTION TO HOLD
ACTION IN ABEYANCE
PAGE - 1

The same day Limitation Plaintiff filed its complaint, it also filed this Motion seeking to hold in abeyance the injunction that would normally issue and the publication that would normally occur under Supplemental Admiralty Rule F(4). Dkt. #4. Limitation Plaintiff claims that it has reached a settlement with one of the five crewmembers aboard the F/V Pacific 1 at the time of sinking, and that settlement discussions with the remaining four crewmembers are ongoing. *Id.* at 1.

Because Limitation Plaintiff is "hopeful that settlements will be reached in the coming months[,]"Plaintiff moves the Court to hold the notice and publication requirements in abeyance at this time, which would allow additional insurance proceeds to accrue for reaching a settlement. *Id.* at 2. Plaintiff also states that the remaining four crewmembers are represented by the same counsel, who agrees with Limitation Plaintiff's request to hold the action in abeyance. *Id.*

Having reviewed the pleadings in this matter, it is hereby ORDERED that:

(1) Plaintiff's *Ex Parte* Motion to Hold Action in Abeyance is GRANTED;

(2) On or before October 31, 2019, Limitation Plaintiff shall advise the Court of the status of the settlement of the claims. If settlement is not reached by that date, the Court will decide how to proceed at that time.

DATED this 26 day of August, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE