UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF PACIFIC 1 LLC, AS OWNER AND/OR OPERATOR OF THE VESSEL PACIFIC 1, OFFICIAL NUMBER 293369, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | IN ADMIRALTY<br><br>CASE NO. C19-1271 RSM<br><br>ORDER GRANTING LIMITATION PLAINTIFF'S SECOND *EX PARTE* MOTION TO HOLD ACTION IN ABEYANCE |

This matter comes before the Court on the *ex parte* Notice of Limitation Plaintiff Pacific 1 LLC ("Limitation Plaintiff") dated October 31, 2019, which provides the status of parties' settlement discussions in this matter. Dkt. #6. Although Limitation Plaintiff styles the filing as a notice, it is properly before the Court as a Second *Ex Parte* Motion to hold this action in abeyance. The Court directs Limitation Plaintiff to review Local Rules W.D. Wash. LCR 7(b) for all future filings in this matter.

This action arises from the sinking of the F/V Pacific 1 on February 15, 2019. Dkt. #1. On August 13, 2019, Limitation Plaintiff filed a complaint for exoneration from or limitation of liability. *Id.* The same day Limitation Plaintiff filed its complaint, it moved the Court to hold in

ORDER GRANTING LIMITATION
PLAINTIFF'S SECOND EX PARTE MOTION TO
HOLD ACTION IN ABEYANCE
PAGE - 1

abeyance the injunction that would normally issue and the publication that would normally occur under Supplemental Admiralty Rule F(4) to allow more time for settlement discussions. Dkt. #4. On August 26, 2019, the Court granted Limitation Plaintiff's *ex parte* motion and held the action in abeyance until October 31, 2019. Dkt. #5.

On October 31, 2019, Limitation Plaintiff filed an *ex parte* notice advising the Court that settlement discussions were ongoing due to "unanticipated insurance issues" and requested that the Court extend its order holding this action in abeyance until November 30, 2019. Dkt. #6 at 1. Claimants have not entered an appearance at this time. Limitation Plaintiff states that "both counsel fully anticipate that the four crew claims will either be settled or deemed non-settleable at this juncture on or before November 30, 2019." *Id.* at 2.

Having reviewed the pleadings in this matter, it is hereby ORDERED that:

(1) Plaintiff's Second *Ex Parte* Motion to Hold Action in Abeyance is GRANTED;

(2) On or before November 30, 2019, Limitation Plaintiff shall advise the Court of the status of the settlement of the claims. If settlement is not reached by that date, the Court will decide how to proceed at that time.

DATED this 1st day of November 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING LIMITATION
PLAINTIFF'S SECOND EX PARTE MOTION TO
HOLD ACTION IN ABEYANCE
PAGE - 2

ORDER GRANTING LIMITATION
PLAINTIFF'S SECOND EX PARTE MOTION TO
HOLD ACTION IN ABEYANCE
PAGE - 3