UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF PACIFIC 1 LLC, AS OWNER AND/OR OPERATOR OF THE VESSEL PACIFIC 1, OFFICIAL NUMBER 293369, FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | IN ADMIRALTY<br><br>CASE NO. C19-1271-RSM<br><br>ORDER GRANTING LIMITATION PLAINTIFF'S THIRD *EX PARTE* MOTION TO HOLD ACTION IN ABEYANCE |

This matter comes before the Court on the *ex parte* Notice of Limitation Plaintiff Pacific 1 LLC ("Limitation Plaintiff") dated November 26, 2019, which provides the status of parties' settlement discussions in this matter. Dkt. #8. Although Limitation Plaintiff styles the filing as a "notice," it is properly before the Court as a Third *Ex Parte* Motion to hold this action in abeyance. This is the second time Limitation Plaintiff has filed a motion without an accompanying proposed order, and the Court directs Limitation Plaintiff to review Local Rules W.D. Wash. LCR 7(b) for all future filings in this matter.

This action arises from the sinking of the F/V Pacific 1 on February 15, 2019. Dkt. #1. On August 13, 2019, Limitation Plaintiff filed a complaint for exoneration from or limitation of

ORDER GRANTING LIMITATION
PLAINTIFF'S THIRD EX PARTE MOTION TO
HOLD ACTION IN ABEYANCE
PAGE - 1

liability. *Id.* The same day Limitation Plaintiff filed its complaint, it moved the Court to hold in abeyance the injunction that would normally issue and the publication that would normally occur under Supplemental Admiralty Rule F(4) to allow more time for settlement discussions. Dkt. #4. On August 26, 2019, the Court granted Limitation Plaintiff's *ex parte* motion and held the action in abeyance until October 31, 2019. Dkt. #5. On Plaintiff's motion, the Court extended its order holding the action in abeyance until November 30, 2019. Dkt. #7. Limitation Plaintiff now requests a third extension because it has reached settlements with the remaining four crew member claims and is in the process of obtaining settlement documents and funding those settlements.

Having reviewed the pleadings in this matter, it is hereby ORDERED that:

(1) Plaintiff's Third *Ex Parte* Motion to Hold Action in Abeyance is GRANTED;

(2) On or before December 31, 2019, Limitation Plaintiff shall advise the Court of the status of the settlement of the claims. If settlement is not reached by that date, the Court will decide how to proceed at that time.

DATED this 3 day of December 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE